X FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 27 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___SMH___ DEPUTY

# WAIVER OF INDICTMENT

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF ARIZONA

United States of America,

  Plaintiff,

vs.

TN: Bret Jay Seltzer
Bret Seltzer,

  Defendant.

CR-20-00166-002-PhX-DJH

  Bret Seltzer, the above-named defendant, who is accused of one count of Misprision of Felony, in violation of 18 U.S.C. § 14, being advised of the nature of the charge and of his rights, waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
BRET SELTZER
Defendant

_____
ADAM FELDMAN
Counsel for Defendant

Date 02/27/2020