**FELDMAN ROYLE, PLLC**
Adam Feldman (State Bar Number: 023201)
2828 N. Central Ave, Suite 1203
Phoenix, Arizona 85004
Telephone: (602) 540-7887
afeldman@topazattorney.com
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| United States of America, | Case Number: 2:20-CR-00166-JJT-2 |
|---|---|
| Plaintiff, | |
| vs. | **AMENDED MOTION TO CONTINUE SENTENCING** |
| Bret Seltzer, | (Assigned to the Hon. John J. Tuchi) |
| Defendant. | |

Undersigned counsel submits this motion to continue Mr. Seltzer's sentencing, which is currently set for June 14, 2021:

Undersigned counsel has discussed the nature of the current proceeding with the assigned AUSA, Monica Klapper. Both parties believe it prudent to continue the sentencing for a period of 90 days so as to conform with co-defendant's sentencing.

Defense submits that the delay is excusable and warranted pursuant to 18 USC 3161(h).

RESPECTFULLY SUBMITTED this 22nd day of April 2021.

                              **Feldman Royle, PLLC**

                              By: */s/Adam Feldman*
                                  **Adam Feldman**
                                  **Attorney for Defendant**

# CERTIFICATE OF SERVICE

**Undersigned Counsel hereby certifies that the motion has been electronically transmitted to the Clerk of the Court and the following registrants:**

**Judge John J. Tuchi: tuchi_chambers@azd.uscourts.gov**

**Monica Klapper: Monica.Klapper@usdoj.gov**

**Clark Derrick: cderrick@bcattorneys.com**

By: _/s/Adam Feldman_____
    **Adam Feldman**
    **Attorney for Defendant**

**FELDMAN ROYLE, PLLC**
Adam Feldman (State Bar Number: 023201)
2828 N. Central Ave, Suite 1203
Phoenix, Arizona 85004
Telephone: (602) 540-7887
afeldman@topazattorney.com

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| United States of America, | Case Number: 2:20-CR-00166-JJT-2 |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| Bret Seltzer | (Assigned to the Hon. John J. Tuchi) |
| Defendant. | |

Pursuant to Defendant's Motion to Continue Sentencing, with no objection from the Government, and with good cause appearing:

IT IS ORDERED granting the Defendant's Motion to Continue Sentencing and vacating the current sentencing date of June 14, 2021.

IT IS FURTHER ORDERED resetting Mr. Seltzer's sentencing to the _____ day of _____, 2021, at _____ AM/PM.

_____     _____
Date                                                                Judicial Officer